# Exhibit A

| **Taxpayer Name:** | SHLEIFER, SCOTT L & ELENA | **Examiner:** | Villacres, Victor |
|---|---|---|---|
| **TIN:** | ▮▮▮▮▮▮▮▮ | | |
| **Tax Form:** | 1040 | **Date:** | 7/21/21 |
| **Tax Year(s):** | 201412 | | |

## Sch C - Depreciation Expense Lead Sheet

| Tax Period | Per Return | Per Exam | Adjustment | Reference |
|---|---|---|---|---|
| 201412 | .00 | .00 | .00 | 402-2 |

**Conclusion:** *(Reflects final determination on the issue.)*

Examination found Sch C Depreciation Expense as claimed on F1040X is not deductible as a trade or business expense, per IRC Sec 162.

**Facts:** *(Document relevant facts.)*

Taxpayer is a partner of Tiger/Global Management Co. Taxpayer manages a hedge fund for Tiger/Global.

SLS Travel LLC, a single member LLC owned by taxpayer, bought on Nov 13, 2014, 37.5% of aircraft Global 6000 for $19,740,101. In 2014, taxpayer used the airplane to travel 57.5% for business.

Depreciation of airplane was reported on taxpayer's F1040X Sch C. Schedule C was created for the sole purpose of reporting the Depreciation expense in 2014. No Gross Receipts were generated. Sch C was not a trade or business with the expectation of earning Revenues. Airplane services were never offered to the public in general.

Per rep, Depreciation expense and other expenses related to operation of airplane such as fuel, pilots' compensation, etc were reported as supplemental expenses to partnership investment in Tiger/Global in 2015 and subsequent years. There is no Sch C filed for 2015 and subsequent years.

Deduction of Depreciation and operating expenses of the airplane may be deductible as expenses related to partnership investment on Sch E, much the same as they have been deducted in 2015 and subsequent tax years.

**Law:** (         ,                    ,                    ,         , and         . If
*unagreed, include argument.)*

IRC §