# Exhibit A

---

Scott L. Shleifer                                               March 10, 2025

Page 1

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION
                      CASE NO.   9:24-cv-80713-RLR
 3
 4
    SCOTT L. and ELENA SHLEIFER,
 5
         Plaintiffs,
 6  vs.
 7  UNITED STATES OF AMERICA,
         Defendant.
 8  _____/
 9
10
11
12
13            DEPOSITION OF SCOTT L. SHLEIFER
14               TAKEN BY THE DEFENDANT
15
16  DATE:  March 10, 2025
17  TIME:  3:50 p.m. to 5:57 p.m.
18
19
20
21                    _   _   _
22
23
    Job No. CS7226751
24
25
```

---

Scott L. Shleifer                                               March 10, 2025

Page 4

```
 1  THEREUPON:
 2              SCOTT L. SHLEIFER
 3  having been first duly sworn by me, was examined and
 4  testified as follows:
 5         THE WITNESS:  I do.
 6              DIRECT EXAMINATION
 7  BY MS. KING:
 8      Q.   All right.  We are here today in the
 9  matter of Scott and Elena Shleifer verse the United
10  States and as an action in the United States
11  District Court for the Southern District of Florida.
12  My name is Amanda King, and I represent the United
13  States.  The date is March 10th, 2025 and the
14  deposition is taking place at Gunster, located at
15  777 South Flagler Drive, Suite 500 East, West Palm
16  Beach, Florida.  And then I'm going to have everyone
17  in the room announce themselves, for the record.
18         MR. FLYNN:  Kevin Flynn, and I'm Scott
19     Shleifer's attorney.
20         THE WITNESS:  I'm Scott Shleifer.
21         MS. KING:  And, Hana, do you want to
22     announce yourself, for the record?
23         MS. BILICKI:  Hana Bilicki, for the United
24     States, listening telephonically.
25
```

---

Scott L. Shleifer                                               March 10, 2025

Page 11

```
 1  role in 2014 with the firm?
 2      A.   In 2014 I was one of the people who was
 3  helping us manage a private equity business.  So
 4  Tiger Global has a series of funds that have been
 5  base raised, starting in 2003, when my partner Chase
 6  and I co-founded like a fund that had $76 million.
 7  And during 2014 I was kind of one of call it
 8  three-ish senior, senior partners, helping run that
 9  business.  And so run that business meant -- By a
10  time perspective, it meant trying to find companies
11  that we could invest in, that were private, like not
12  publicly traded on like the NASDAQ or S & P 500,
13  that we thought were going to be really good
14  businesses, that would make profit, and that owning
15  shares in them would help our investors make money.
16  And so we specialized or we spent the vast majority
17  of our time and capital invested investing in
18  emerging markets, including China, Russia, Brazil
19  and Argentina.  And so during 2014, for example, I
20  ended up flying about 280 hours on a private jet for
21  work.
22      Q.   Okay.
23      A.   I actually don't have the exact number for
24  personal, but it was much smaller.  And I believe I
25  did one or two trips to China and then I think it
```

---

Scott L. Shleifer                                               March 10, 2025

Page 13

```
 1  to make sure that was the same person.  And what was
 2  Chase's involvement with everything?
 3      A.   Well, he founded Tiger Global.
 4      Q.   Okay.
 5      A.   And he was involved in everything.  He was
 6  involved in the investing, the running of the
 7  business.  Oh, by the way, that was just my private
 8  equity hat.
 9      Q.   Okay.  Oh, I'm sorry.
10      A.   In addition, we have -- At the time I
11  don't know whether we had one or two, we had a hedge
12  fund, and I was a partner in that, also.  And so I
13  was also doing research on publicly traded
14  companies.
15      Q.   And what kind of research were you doing
16  for the publicly traded companies?
17      A.   Similar.  Kind of the same research.  Is
18  it a good management team?  How big is the industry?
19  Ultimately, we were trying to figure out how much
20  net profit would a company generate and then like
21  was that a lot, relative to the current price or
22  market cap of the company, or not?
23      Q.   And I did some work in my LM program on
24  hedge funds and private equity, so just a question
25  now for your clients.  Do you have clients that
```

Scott L. Shleifer                             March 10, 2025

Page 19

1  long, but we were making a guestimate of how many
2  hours per year would I need to -- would I need, and
3  the primary use case was business.
4     Q.   And I don't want to put words in your
5  mouth, so correct me if I'm wrong.  You said you
6  looked at them for hours.  Was that for business and
7  for personal usage?
8     A.   Yep.  Yep.  And our process was that we
9  would make a guestimate for both, based on what we
10 had done, you know, and what we expected, going
11 forward.  And that plane, in particular, you know,
12 the reason that we needed -- and I'm sure you're
13 familiar or you might be familiar -- you know, a
14 Global 6000 is like a long-haul plane.  And it is --
15 In my opinion, it was far better suited for my
16 business needs than for my personal needs, because,
17 yeah, in 2014 I think we had like three little kids.
18 And so we did not often venture out very far with
19 them.  But a Global 6000 is perfect if you're going
20 to -- If you live in New York City and you're going
21 to Beijing, Shanghai, Moscow, Buenos Aires, Rio-Sao
22 Paulo, Amsterdam, which were all places that I flew
23 for business in 2014, you need kind of something
24 that can fly long distances.  Whereas, if you're
25 vacationing in like Florida and you live, you know,

Scott L. Shleifer                             March 10, 2025

Page 20

1  in New York City, you could have something that is
2  much smaller.
3     Q.   Do you remember how you paid for your
4  interest with that -- for that aircraft?
5     A.   Yes.
6     Q.   How was that?
7     A.   I believe money from my bank account.
8     Q.   Okay.  I'm going to pull --
9     A.   Oh, I think it was actually multiple ways.
10    Q.   Okay.
11    A.   I think it was mostly money from my bank
12 account and then I think it was partly like other
13 shares of -- or other like assets that I had with
14 NetJets that -- other shares that I had with
15 NetJets, where I was receiving value for an existing
16 stake or lease.
17    Q.   Uh-huh.
18    A.   And then I believe the majority of it was
19 just like money from a bank account.
20    Q.   I'm going to hand you what's been marked
21 as Exhibit 19.
22         (Thereupon, Defendant's Exhibit No. 19 was
23 marked, for identification).
24 BY MS. KING:
25    Q.   If that sounds off, it's because I'm

Scott L. Shleifer                             March 10, 2025

Page 22

1  BY MS. KING:
2     Q.   And on the top it says statement from
3  November 1st, 2014 through November 30, 2014.  Do
4  you see that?
5     A.   Yep.
6     Q.   And it says that it's a bank statement for
7  SLS Travel, LLC.  Do you see that, as well?
8     A.   I do.
9     Q.   Is this your account, through SLS Travel?
10    A.   I don't know who technically like owns the
11 account, but I believe SLS Travel is -- I'm Scott
12 Louis Shleifer, so I believe that this is an entity
13 that I own and control.  And I believe that we set
14 it up to own whatever stakes in planes that we had.
15    Q.   Do you know who had access to this account
16 in 2014?
17    A.   I don't recall.
18    Q.   Do you remember if you had access to this
19 account in 2014?
20    A.   I don't recall.
21    Q.   And don't speculate.  Would this -- It
22 says Visitas Partners here, so would it be safe to
23 assume that this would have been an account that
24 Mr. Cramer would have had access to?
25    A.   Yes.  Yes.  Like it is likely -- I don't

Scott L. Shleifer                             March 10, 2025

Page 24

1  classification of SLS was in 2014?
2     A.   I don't.
3     Q.   Do you know what the business address of
4  SLS Travel was in 2014?
5     A.   I don't.
6     Q.   Do you know what address is 895 Park
7  Avenue, Apartment 14C, New York, New York?
8     A.   Uh-huh.
9     Q.   And what's at that address?
10    A.   That was an apartment that we used to own
11 and we -- I believe that we owned it in 2014, and
12 that is where -- That is where me and my family
13 lived in 2014.
14    Q.   I was going to assume that was it the
15 family, but I just wanted to make sure.
16    A.   Yep.  Yep.  That's where me and my family
17 worked -- sorry -- lived.
18    Q.   And just to confirm or follow up with one
19 more question -- You've answered some of these, so
20 this will take me a second to sort of go through.
21 We talked about some of your travels and you were
22 saying that you went to Beijing.  Did Tiger Global
23 Management require you to travel for work?
24    A.   Yeah.  Like I had to add value or else --
25 Like I had to add value or else I would be fired.

1  And so, yes, part of my job was traveling and doing
2  research on companies that would -- companies that
3  would be great, well, existing investments, as well
4  as potential new investments.
5     Q.   And to just dig a little deeper on that,
6  what did you do when you were on business-related
7  travel for your --
8     A.   Go to meetings.  So we would go to --
9     Q.   I'm trying to ask you questions, without
10 getting too much into like -- I don't want to get
11 into like the private business that you're -- I'm
12 trying to get as much information as I need, without
13 going into the more --
14    A.   It took -- Business trips took, you know,
15 many kind of what I think were normal forms, where I
16 was doing diligence.  So, oftentimes, I was going to
17 company's offices, where their chief executive
18 officer and chief financial officer were based.  And
19 there were some investments, like I believe a trip
20 to China, where we were invested in a company that
21 is sort of like the Amazon of China, it's called JD,
22 and I believe I was in Beijing, meeting with some
23 existing and prospective investment opportunities,
24 and then I flew to Shanghai to go to a warehouse, a
25 new warehouse they were building, that they thought

1  was going to lower their cost of production and
2  allow them to provide better value to consumers in
3  China, and make money.  And so sometimes it was, you
4  know, visiting like what a company did.  Like if it
5  was an Amazon of China, going and walking their
6  warehouses and like learning about the business, by
7  seeing it.  And so it was often meetings at a
8  company's offices, due diligence visits to whatever
9  the company did.  Yeah.  And then like you're
10 staying at a hotel and you're sleeping somewhere and
11 then you're doing it for however many days you're
12 there.
13    Q.   And did you book your own travel?
14    A.   Nope.
15    Q.   Who did that?
16    A.   Margot Landau, or whoever my EA was, which
17 I believe was Margot Landau and I think Tiger Global
18 works with a travel agent, so I don't know who
19 was -- Like, yeah, I just -- I was usually
20 communicating my EA.
21    Q.   And when you say communicating, with
22 Margot, how would you do that?  What form would that
23 take?
24    A.   Multiple formats, likely.  It included
25 in-person conversations, phone conversations,

1     Q.   Yeah.
2     A.   I believe my start date, I think it was
3  July, 2002.
4     Q.   Okay.
5     A.   I just "ish", February, March, April, 2002
6  is likely when I met Chase.
7     Q.   Do you know how many partners there were
8  when Tiger Global was formed?
9     A.   No.
10    Q.   Do you know how many partners there are
11 now?
12    A.   Nope.
13    Q.   Do you remember any of the other partners
14 in 2014?
15    A.   Yes.
16    Q.   Who?
17    A.   Chase, Feroz Dewan, me.  I don't know who
18 else were partners.  I don't know who else were
19 partners then.
20    Q.   That's fine.  In 2014, do you remember if
21 you had a partnership ownership?
22    A.   What do you mean?
23    Q.   I always think of it in like the law firm
24 context, where you have to buy in to become a
25 partner in the firm.  Did you have to do anything

1  at Tiger Global and our investors.
2     Q.   Like I said, nitty-gritty, so what you can
3  remember would be great.  If not, same format as
4  before, just let me know whether or not.  What
5  supplies did you need to do your job in 2014?
6          MR. FLYNN:  Objection, as to vague, but if
7     you can answer, Scott.
8          THE WITNESS:  We needed great research.
9  BY MS. KING:
10    Q.   Okay.
11    A.   Like we needed great research.  We needed
12 to have a really good opinion about was a company a
13 good company or a bad company, in terms of, you
14 know, its ability to make net profit and have a high
15 return on capital?  Was it managed big good ethical
16 people or not?  You know, how talented were those
17 people at, you know, building a company?
18    Q.   Uh-huh.
19    A.   And everything that goes into that.  And
20 so like the supplies that I -- And I think this is a
21 general answer, as opposed to one that is specific,
22 just anyone who's in investing, you need to be able
23 to learn a lot about a company.  So we did that a
24 lot of ways, including visiting the company, doing
25 financial modeling, you know, receiving balance

Scott L. Shleifer                                           March 10, 2025

Page 33

1  sheets, income statements, statements of cash flows,
2  from historical periods.
3       Q.   With the financial modeling, what kind of
4  software did you use for that?
5       A.   Microsoft Office is really great.  It's
6  really great.  You know, Excel is great.  Word is
7  great.  PowerPoint is great.  Email is great.
8  There, you know, any email, but Microsoft -- I don't
9  even know what -- Yeah.
10      Q.   And breaking it down on more of a level
11 even simpler than the great explanation you just
12 gave me, what kind of tools?  So did you need a cell
13 phone to connect to business in 2014?
14      A.   Yes.
15      Q.   And then how was that paid for?
16      A.   I believe it was paid for by the company,
17 by Tiger Global.
18      Q.   Did you have a work computer in 2014?
19      A.   Yes.
20      Q.   And who paid for that?
21      A.   Tiger Global.
22      Q.   And did you have any subscriptions to
23 publications in 2014?
24      A.   Probably.
25      Q.   And I won't ask a follow-up question,

Scott L. Shleifer                                           March 10, 2025

Page 35

1  do diligence on companies and also if we were going
2  to buy shares or sell shares, we needed lawyers to
3  help us do that.
4       Q.   And who would pay for the lawyers and the
5  research fees and all of that?
6       A.   I don't recall.
7       Q.   What expenses did you, personally, incur
8  in 2014 for your work through Tiger Global
9  Management?
10      A.   Well, I believe that we were -- there were
11 a couple of partners who had the resources to use
12 private jets, and we were doing that and we were
13 like -- I believe I paid for my private jet and then
14 we kept track of what hours were business related
15 and what hours were personal, and then we would
16 deduct what was business related and not deduct what
17 was personal.
18      Q.   When you said a few of us had the
19 resources to use private jets, what did you mean by
20 that?
21      A.   I don't believe that I -- Well, I just --
22 I think that other people at Tiger Global also
23 had -- or maybe one person.  I don't know.  I think
24 it was maybe just -- I don't -- I'm not going to
25 speak for anyone else at Tiger Global, but my deal

Scott L. Shleifer                                           March 10, 2025

Page 36

1  with Tiger Global was that I was going to pay for
2  that cost, personally.  And I believe it was
3  because -- And I don't even know when this
4  conversation or conversations occurred, but I think
5  many of us thought it would be difficult to have a
6  travel policy and like decide who would be able to
7  have a company paid for private jet, who wouldn't,
8  how many hours would we procure, how many planes,
9  and so at some point instead of doing -- instead of
10 having Tiger Global -- And this is, by the way, in
11 2014 and before --
12      Q.   Of course.
13      A.   -- and things could have changed, you
14 know, in the last 11-ish years, but that it was
15 decided that if you wanted to fly -- Like if I
16 wanted to fly private, I could pay for it and I --
17 and then I don't recall whether or not -- It's
18 possible that I was reimbursed for like commercial
19 travel costs.  I don't know if that was the case or
20 not, but I believe we tried to have a policy to just
21 say we have a policy, you can either fly coach, or
22 business or first.  I believe there was like a
23 policy and who could do what, but it did not include
24 private jets.  And if you wanted a private jet, you
25 paid for it yourself and then your team had to be

Scott L. Shleifer                                           March 10, 2025

Page 37

1  responsible for, you know, how much is business, how
2  much was personal.
3       Q.   I'm going to go back and break that answer
4  with two other questions to follow up.  You said,
5  "My deal was" that you would pay for it.  What do
6  you mean by your deal?
7       A.   I just knew what was expected of me.  I
8  actually did not -- I don't know what the other
9  partners did.  I think -- Like I could guess.
10      Q.   I only care about you.
11      A.   Yeah.  I just knew that my agreement with
12 my partners was that I would pay for all my private
13 airplane travel, on my own.
14      Q.   And did you have that in any like kind of
15 written deal?  Was it verbal?  What was that reduced
16 to?
17      A.   I don't know.  I don't know.  I mean, I
18 perceived it as like a -- I don't know if there was
19 documentation supporting that, but I know that that
20 is what I did --
21      Q.   Uh-huh.
22      A.   -- because of what I understood to be like
23 the deal that I had agreed on with my partners.
24      Q.   And you -- The second thing you said later
25 was "My team."  And who are you referring to when

Scott L. Shleifer	March 10, 2025

Page 45

```
 1  with personal.
 2      A.  Personal.  We actually -- The hotel --
 3  Aside, the hotel that we stayed at was one that we
 4  did a Tiger Global retreat at.
 5      Q.  Okay.
 6      A.  And then -- Well, actually, maybe it
 7  wasn't.  You know what?  Strike that.  Strike that.
 8  It looks like a personal trip.
 9      Q.  Okay.  There's the next reservation number
10  is round trip between Teterboro and Augusta, for
11  November 4th and 5th.
12      A.  Personal.
13      Q.  Personal.  Okay.  And then after that is
14  reservation number 6817508, which is Teterboro to
15  Anchorage, Anchorage to Beijing, Beijing to
16  Shanghai, Shanghai to Anchorage, Anchorage to
17  Teterboro.
18      A.  Business.
19      Q.  Okay.  And we talked about these flights,
20  but let's break it down more.  There was a flight
21  from Beijing to Shanghai.  Why did you go from
22  Beijing to Shanghai?
23      A.  Business.  I don't know the exact meetings
24  that -- Like I don't know like all the meetings that
25  I had in Beijing and all the meetings that I had in
```

Scott L. Shleifer	March 10, 2025

Page 46

```
 1  Shanghai, but I believe that primary or one of the
 2  primary purposes of my trip there was the firm's
 3  largest investment in late 2014 was a company called
 4  JD.  It's sort of like the Amazon of China, and we
 5  had invested about a little over $200 million into
 6  the company and it went public in mid 2014.  And in
 7  2015 we ended up distributing a little over
 8  $6 billion.  And so it was the largest winner -- It
 9  is the largest -- To my knowledge, the largest
10  winner in the history of our firm, by a lot.  But
11  we've also had investments that did not work out.
12  And so in late 2014 this was like the firm's biggest
13  investment, by I don't recall what percentage of our
14  like assets under management it was, but it was a
15  lot.  Because, you know, our $200-ish million
16  investment had ballooned.  The company performed
17  really, really well and it had ballooned in value to
18  billions, just our stake.  And it had gone public on
19  I don't even know what U.S. exchange it was.  Either
20  New York Stock Exchange or NASDAQ.  I don't know
21  which one.  And so and a huge part of the investment
22  research, because it's like a low margin business,
23  it's kind of like Amazon or like any retailer, where
24  like their profit margins aren't like 50 or
25  60 percent.  They could be a half a percent, one
```

Scott L. Shleifer	March 10, 2025

Page 47

```
 1  percent, two percent, negative two percent.  And so
 2  one of the primary areas of diligence that we did on
 3  JD for a long time is like their cost structure.
 4  And to my knowledge -- They had opened up a new or
 5  were opening up a new warehouse in Shanghai, that
 6  they thought was going to be like better then --
 7  like a lower cost of productions than all the other
 8  ones that they had, and that that was going to be
 9  their model for their future distribution centers
10  and warehouses.  And so I wanted to go see it.  And
11  so -- And I believe that the CEO of the company,
12  Richard Liu, gave me a tour of it, you know, when I
13  was in Shanghai.  And I don't recall whether I -- I
14  don't recall whether I met with anyone from JD when
15  I was in Beijing, but I believe that a couple of JD
16  executives rode on the plane with me, from Beijing
17  to Shanghai and then I believe that they came with
18  me and also did that facility tour with me, and then
19  the CEO, Richard Liu.  He was the CEO, at the time.
20  I don't think he's the CEO of JD today.
21      Q.  We've been going for 45 minutes.  I saw
22  you look at your phone.  We can take a break, if you
23  have something you need to tend to, quickly.
24      A.  Nope.
25      Q.  Okay.  And just to tie the loop, I know we
```

Scott L. Shleifer	March 10, 2025

Page 58

```
 1  meeting.  I don't -- I believe that at some point we
 2  looked at the Diapers.com of China.  I don't recall.
 3      Q.  Well, today I learned that there's a
 4  Diapers.com, so that's kind of cool.  You can tell I
 5  don't have kids yet.  So going over to the passenger
 6  side, there are two passengers and I'm so -- I try
 7  to be so careful and cautious of the name, but it's
 8  Bin Chang and Haoyu Shen?
 9      A.  Yep.
10      Q.  Do you recall those names?
11      A.  Vaguely.
12      Q.  Do you remember who -- Like can you tell
13  me who they are?
14      A.  I believe they were employees of -- I
15  believe they were senior employees of JD.com, like
16  JD the Amazon-ish of China.
17          MS. KING:  We're at an hour, so I'm going
18      to go ahead and take a five-minute break, see
19      what we may have answered and see what we can
20      do.  I'm just trying to keep this as
21      streamlined as possible.
22          MR. FLYNN:  Sure.  Sure.
23          (Thereupon, there was a recess taken).
24          MS. KING:  Back on the record.
25
```

Scott L. Shleifer                                                                 March 10, 2025

Page 62

```
 1   BY MS. KING:
 2        Q.   And do you recall if at any point, while
 3   working at Tiger Global Management, did they pay for
 4   Heliflites for you?
 5        A.   I don't recall.
 6        Q.   And who would have booked the Heliflites
 7   for your travel?
 8        A.   I don't recall.  Like best guess, Margot.
 9   I mean, it could have been John Cramer.  I just -- I
10   don't know what the protocol was, or I do not
11   recall.
12        Q.   And to put it in -- Why would you book
13   private, versus booking commercial, for work-related
14   travel in 2014?
15        A.   Uh-huh.  Efficiency.  Efficiency like to
16   be able to do these trips, in an efficient way.
17        Q.   And what do you mean by that?
18        A.   Yeah.  So private travel has many benefits
19   to me.  It allows me to just typically reduce the
20   amount of time that business trips, well, and
21   personal, but certainly business trips, to reduce
22   the amount of time that the trips take.
23        Q.   Okay.
24        A.   And that because you can leave at a time
25   that is convenient and you can return at a time that
```

Scott L. Shleifer                                                                 March 10, 2025

Page 63

```
 1   is convenient, as opposed to when commercial flights
 2   happen to run from those cities to where I was
 3   living, in Manhattan.  And so it was time savings to
 4   me.
 5        Q.   And --
 6        A.   And efficiency.
 7        Q.   If we go about --
 8        A.   Oh, and it was also like, for business
 9   purposes, having access to private jets, like this
10   is my belief, I would have done less business
11   travel, had I not had that.  And so business travel
12   in my lifetime has been extraordinarily profitable
13   for our customers, our limited partners, and by the
14   transit property, me and my family, because I've
15   only ever been compensated for like good, productive
16   work.  And if the work wasn't good and productive,
17   then, yeah, I wouldn't get -- We didn't have a
18   business, and I wouldn't get compensated.  Sorry.  I
19   wouldn't get compensated.  Strike the "We wouldn't
20   have a business."  Strike that.  Just like I
21   wouldn't get compensated.
22        Q.   Going I'm going to call it about
23   two-thirds, there's a flight on 5-25-2014, Teterboro
24   to Buenos Aires and it says that you flew back
25   commercial.  Do you recall if that was the only time
```