# Exhibit B

## SLS TRAVEL L.L.C.
## TRIP LOG - GLOBAL 6000 FRACTIONAL SHARE
## 2014

| Aircraft | Trip | Leg | Trip Dept. Dt | Leg Departure Dt | Hours | Bus Hours | % Bus | No Pax | Passengers | From | From City | To | To City | Reason / Companies Visited |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GL6000S | 6774473 | 8206206-1 | 11/4/2014 | 11/4/2014 | 1.6 | 0.0 | 0.0% | 6 | ███, Scott Shleifer███ | KTEB | Teterboro | KAGS | Augusta | Personal |
| GL6000S | 6774473 | 8206207-1 | 11/4/2014 | 11/5/2014 | 1.7 | 0.0 | 0.0% | 4 | Scott Shleifer, ███ | KAGS | Augusta | KTEB | Teterboro | Personal |
| GL6000S | 6817508 | 8257898-1 | 11/20/2014 | 11/20/2014 | 7.0 | 7.0 | 100.0% | 1 | Scott Shleifer | KTEB | Teterboro | PANC | Anchorage | Business / JD, Soufun, Miyababy, Nice |
| GL6000S | 6817508 | 8257898-2 | 11/20/2014 | 11/21/2014 | 8.0 | 8.0 | 100.0% | 1 | Scott Shleifer | PANC | Anchorage | ZBAA | Beijing | Business / JD, Soufun, Miyababy, Nice |
| GL6000S | 6817508 | 8282399-1 | 11/20/2014 | 11/23/2014 | 2.0 | 2.0 | 100.0% | 3 | Scott Shleifer, Bin Chang, Haoyu Shen | ZBAA | Beijing | ZSPD | Shanghai | Business / JD, Soufun, Miyababy, Nice |
| GL6000S | 6817508 | 8257899-1 | 11/20/2014 | 11/24/2014 | 7.9 | 7.9 | 100.0% | 1 | Scott Shleifer | ZSPD | Shanghai | PANC | Anchorage | Business / JD, Soufun, Miyababy, Nice |
| GL6000S | 6817508 | 8257899-2 | 11/20/2014 | 11/24/2014 | 6.2 | 6.2 | 100.0% | 1 | Scott Shleifer | PANC | Anchorage | KTEB | Teterboro | Business / JD, Soufun, Miyababy, Nice |
| GL6000S | 6598019 | 7997040-1 | 11/25/2014 | 11/25/2014 | 5.0 | 0.0 | 0.0% | 7 | ███, ███, ███, ███, Elena Shleifer, Scott Shleifer | KTEB | Teterboro | MRLB | Liberia | Personal |
| GL6000S | 6598019 | 7997041-1 | 11/25/2014 | 11/30/2014 | 4.5 | 0.0 | 0.0% | 7 | Scott Shleifer, ███, ███, ███, ███, Elena Shleifer, ███ | MRLB | Liberia | KTEB | Teterboro | Personal |
| GL6000S | 6897774 | 8354843-1 | 12/23/2014 | 12/23/2014 | 4.0 | 0.0 | 0.0% | 7 | ███, ███, Elena Shleifer, ███, ███, Scott Shleifer | KTEB | Teterboro | MMUN | Cancún | Personal |
| GL6000S | 6898075 | 8355233-1 | 12/25/2014 | 12/25/2014 | 1.0 | 0.0 | 0.0% | 5 | ███, ███, ███, ███, ███ | KBFI | Seattle | KPDX | Portland | Personal |
| GL6000S | 6898075 | 8355234-1 | 12/25/2014 | 12/25/2014 | 5.2 | 0.0 | 0.0% | 11 | ███, ███, ███, ███, ███, ███, ███, ███, ███, ███, ███ | KPDX | Portland | MMUN | Cancún | Personal |
| | | | | | 54.1 | 31.1 | 57.5% | | | | | | | |

Business use is determined by dividing total Business Hours by Total Hours flown during the taxable year.