# Exhibit C

| | |
|---|---|
| **From:** | Scott Shleifer |
| **To:** | xchen@hcapital-management.com <xchen@hcapital-management.com> |
| **Cc:** | Tan, Jason <JTan@tigerglobal.com>; Dana Calderone |
| **Subject:** | RE: Meetings in Beijing |
| **Date:** | Tuesday, November 18, 2014 10:58:09 PM |

Will do!  Thank you very much for arranging.

-----Original Message-----
From: xchen@hcapital-management.com [mailto:xchen@hcapital-management.com]
Sent: Tuesday, November 18, 2014 8:45 AM
To: Shleifer, Scott
Cc: Tan, Jason; Landau, Margot
Subject: Re: Meetings in Beijing

It would be great if you can give a final decision after the meeting on the investment of Miya.

Xiaohong Chen
Managing Partner
H Capital
Cell: 18910887999
Wechat: chenxiaohong8089

> 在 2014年11月18日，上午8:21，Shleifer, Scott <SShleifer@tigerglobal.com> 写道：
>
> Hongster,
>
> Thank you. Noon and 2pm on Saturday works great. Margot will coordinate
>
> Great seeing you yesterday. Safe travels!
>
> Regards,
>
> Scott
>
>
>
> Sent from my iPhone
>
>> On Nov 18, 2014, at 12:23 AM, "xchen@hcapital-management.com" <xchen@hcapital-management.com> wrote:
>>
>> Hi Scott,
>>
>> Meetings are confirmed for you with Ms. Liu Nan of Miyababy and Alex Zhou of Nice on this Saturday. Should they go to your hotel to meet with you? What times work the best for you? Lunch and 2:00pm?
>>
>> Xiaohong Chen
>> Managing Partner
>> H Capital
>> Cell: 18910887999
>> Wechat: chenxiaohong8089
>>

| | |
|---|---|
| **From:** | Scott Shleifer |
| **To:** | Kathy Xu <kathyxu@capitaltoday.com> |
| **Subject:** | Hello / lets chat / meeting in Beijing |
| **Date:** | Thursday, November 20, 2014 11:16:17 AM |

Kathy,

Hope all is well. I'd like to catch up with you regarding a possible JD.com secondary sale.  As you know it's important for the big shareholders to be coordinated.

Give me a ring when you get a chance - I'm leaving for Beijing tonight at 10pm EST (11am in Hong Kong) - would love to chat before I leave if possible. My office number is 212-984-8812 and my mobile is ███████████

Also - are you going to the grand opening on Asia #1 in Shanghai on Monday?  I'd like to catch up with you either in Beijing or Shanghai.  I'm in Beijing on Saturday and am free all afternoon.

Speak soon,

Scott

| | |
|---|---|
| **From:** | Lei, Edward <ELei@tigerglobal.com> |
| **To:** | Scott Shleifer |
| **Cc:** | Dana Calderone |
| **Subject:** | SouFun Meeting Confirmed |
| **Date:** | Friday, November 21, 2014 9:30:41 AM |
| **Attachments:** | SFUN Summary of Findings.pdf |

Scott, I have attached previous summary of SFUN findings in case if you want to take a look on the way to meeting. Very high-level takeaways: (1) SFUN's position in consumer end and traffic is solid, (2) competitors (Fangduoduo and alike in new homes, 58.com in existing) are becoming more threatening, (3) Vincent wants to make big changes but there is no clear roadmap yet, (4) SFUN's partners are becoming its enemies.

Margot – please find the meeting address below. Contact: Lei Hua (Deputy CFO) +86 1511 0017 756; Jun Ning (Vincent's assistant) +86 1381 0666 886; Yi Wen (IR) + 86 1581 1553 808. Thanks

From: Leihua@soufun.com [mailto:Leihua@soufun.com]
Sent: Friday, November 21, 2014 8:59 AM
To: Lei, Edward
Cc: vincentmo; zhangyiwen
Subject: Re: RE: Tiger Global Scott Shleifer

Hi Edward,

Per our conversation, the meeting between Vincent and Scott is scheduled at 4pm on tomorrow.

Please use the below address for the direction:

SouFun Holdings Limited
Add: 9M floor, Builing 5, Zone E,Hanwei International Plaza, Fengmao South Road, Fengtai District, Beijing, P.R.China
地址：北京市丰台区丰茂南路汉威国际广场E区5号楼

I will be company for this meeting, please find my contact info below as well:

DIR: +86-10-5631 8661
Mobile: +86-1511 001 7756

Best,

Lei

| | |
|---|---|
| **From:** | Dana Calderone on behalf of Shleifer, Scott <SShleifer@tigerglobal.com> |
| **To:** | Lucy Chen |
| **Subject:** | Meeting with Vincent Mo of Soufun - contact |
| **Date:** | Friday, November 21, 2014 11:14:15 AM |

Scheduled the meeting with Vincent on Saturday at 4pm in their Beijing office. I will give the address to Margot.

Lei +86-10-5631 8661, mobile +86-1511 001 7756

Contact: Lei Hua (Deputy CFO) +86 1511 0017 756; Yiwen (IR) + 86 1581 1553 808. Please also feel free to call me any time if you encounter problems.

From: Lei, Edward
Sent: Thursday, November 20, 2014 7:01 PM
To: Shleifer, Scott
Cc: Van Domelen, Colter
Subject: RE: Meeting Vincent from Soufun

Yes, I communicated all these points to him on email. Will see how he responds. He sometimes spends weekend in Shanghai – will you be available to meet him in Shanghai late Sunday afternoon?

From: Shleifer, Scott
Sent: Thursday, November 20, 2014 6:53 PM
To: Lei, Edward
Cc: Van Domelen, Colter
Subject: Re: Meeting Vincent from Soufun

Remind him we own almost 20% of Zillow/Trulia, 18% of Bitauto, 14% of Autohome, and 15% of JD. We're also big Naspers shareholders. So knowledgable on Internet, real estate, China, and classifieds.


Sent from my iPad

On Nov 20, 2014, at 5:27 PM, "Lei, Edward" <ELei@tigerglobal.com<mailto:ELei@tigerglobal.com>> wrote:
Sure, let me check with him. For now let's set our expectation low. Will let you know.

From: Shleifer, Scott
Sent: Thursday, November 20, 2014 5:18 PM
To: Lei, Edward
Cc: Van Domelen, Colter
Subject: Meeting Vincent from Soufun

I'm going to be in Beijing on Saturday.  Could you see if I can meet Vincent on Saturday afternoon if he's free?  Nothing specific – I'd just love to chat with him for 30-45 minutes.

CONFIDENTIAL TREATEMENT REQUESTED                                                                                              TGM-000026

| | |
|---|---|
| **From:** | Dana Calderone |
| **To:** | Lucy Chen |
| **Subject:** | Re: 答复: 23/24 JD visit |
| **Date:** | Friday, November 21, 2014 9:15:48 PM |

Yes- thanks!

Sent from my iPad

> On Nov 21, 2014, at 9:09 PM, "Chen, Laura" <LChen@tigerglobal.com> wrote:
>
> Thanks Margot. Just to confirm if Scott is staying at Shanghai Marriott hotel Chang Feng Park. Jason will stay there on 23rd night as well. Thanks!
>
> Regards,
> Laura
>
>> On 2014年11月21日, at 22:00, Landau, Margot <MLandau@tigerglobal.com> wrote:
>>
>> I made that request to the car company.
>>
>> Thanks,
>>
>> Margot
>>
>> Margot Landau
>> Tiger Global Management, LLC
>> 9 West 57th Street, 35th Floor
>> New York, NY 10019
>> T: (212) 984.2447
>> F: (212) 557.1701
>> mlandau@tigerglobal.com
>>
>>
>> -----Original Message-----
>> From: Chen, Laura
>> Sent: Thursday, November 20, 2014 10:22 PM
>> To: 陈煜
>> Cc: Landau, Margot; 李瑞玉
>> Subject: Re: 答复: 23/24 JD visit
>>
>> Hi All, let's coordinate without Jason.
>>
>> Margot, would you ask the car use in Beijing and Shanghai get in touch with Mr. Zhang (trans Asia)+86 13910522371? He is responsible for coordination in the airport and just called to ask all contacts. Thanks.
>>
>> Regards,
>> Laura
>>
>>> On 2014年11月21日, at 10:26, 陈煜 <chenyu@jd.com> wrote:
>>>
>>> Hi Laura and Margot,
>>>
>>> I ve just saw this email. I got all information and forward to Haoyu and Changbin.
>>>
>>> Thanks
>>> Chen Yu
>>>
>>> -----邮件原件-----
>>> 发件人: Landau, Margot [mailto:MLandau@tigerglobal.com]
>>> 发送时间: 2014年11月20日 21:34
>>> 收件人: 李瑞玉; 陈煜
>>> 抄送: Tan, Jason ; Chen, Laura
>>> 主题: RE: 23/24 JD visit
>>>
>>> Hi Ruiyu and Laura,
>>>
>>> Here is the information for Sunday's 1pm flight from Beijing to Shanghai.
>>>
>>> The tail number for this flight will be N141QS. I don't know if the driver will need this information to get them to the FBO, but probably good to pass it along.

CONFIDENTIAL TREATEMENT REQUESTED

TGM-000027

>>>
>>> Please have them meet at the FBO at 12:30pm Trans-Asia Handling Limited Room 1-1001 Tower 8 Yard No 48 Beijing Capital, ZBAA
>>> +86-1064787770
>>>
>>> I have arranged lunch on the flight.
>>>
>>> They will land in Shanghai at 2:36pm.  I've arranged a car/cars to bring all passengers to the Marriott Changfeng.
>>>
>>> Scott's cell number is ▮▮▮▮▮▮▮▮▮▮ if anyone needs to reach him.
>>>
>>> Please let me know if you need any additional information.
>>>
>>> Thanks,
>>>
>>> Margot
>>>
>>> Margot Landau
>>> Tiger Global Management, LLC
>>> 9 West 57th Street, 35th Floor
>>> New York, NY 10019
>>> T: (212) 984.2447
>>> F: (212) 557.1701
>>> mlandau@tigerglobal.com
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Chen, Laura
>>> Sent: Wednesday, November 19, 2014 8:34 PM
>>> To: 李瑞玉; Landau, Margot; 陈煜
>>> Cc: Tan, Jason
>>> Subject: 23/24 JD visit
>>>
>>> Hi Ruiyu,
>>>
>>> Here I initiate an email to confirm 23/24 visit regarding TG.
>>>
>>> 23rd, please ask all passengers taking private jet gather at the airport by 12:30pm. Margot will let you know details later. Please arrange pickup for passengers in Shanghai.
>>>
>>> 24th, Jason will arrive at Marriott at 2:30pm. Both Scott and Jason need to catch plane departure at 22:00 from Pudong airport after dinner.
>>>
>>> Regards,
>>> Laura

| | |
|---|---|
| **From:** | Scott Shleifer |
| **To:** | Sidney Huang <sidney.huang@jd.com> |
| **Subject:** | Fwd: JD.com |
| **Date:** | Friday, November 21, 2014 6:51:08 PM |

FYI. This is all you.

Great seeing you on Thursday. Appreciate the time.

Sent from my iPad

Begin forwarded message:

From: Saha.Kushal <Kushal.Saha@SunTrust.com<mailto:Kushal.Saha@SunTrust.com>>
Date: November 22, 2014 at 7:49:34 AM GMT+8
To: "Shleifer, Scott" <SShleifer@tigerglobal.com<mailto:SShleifer@tigerglobal.com>>
Cc: Riggs.West <West.Riggs@SunTrust.com<mailto:West.Riggs@SunTrust.com>>
Subject: JD.com<http://JD.com>

Hi Scott,

I hope you are well. I am pinging you on a couple of fronts.

As you know, we were on the IPO of JD.com<http://JD.com> and you were supportive on STRH having a role. Bob Peck (STRH Internet & Digital Media Research Analyst) has been a vocal supporter and has maintained a positive view on the stock while several other analysts on the cover came out with a "Neutral" rating. Post IPO, we have been helpful to the company with ideas on financing ideas. We have also invited them to present at our Internet & Digital Media Conference in 2015 where we invited you to be a keynote speaker.

In case you happen to speak with Sidney, we would appreciate your continued support on our role on the proposed follow-on offering.

Have a great weekend!

Regards,

Kushal

_____
Kushal Saha
Managing Director

SunTrust Robinson Humphrey, Inc.
One Montgomery Street, 28th Floor | San Francisco, CA 94104
(o)   +1 (415) 249-7632
(c)   +1 (415) 624-5497
(e)   kushal.saha@suntrust.com<mailto:kushal.saha@suntrust.com>


Important: Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved

All prices, yields and opinions are subject to change due to market forces and other conditions. This communication is not to be construed as an offer to sell or a solicitation to buy any security. SunTrust Robinson Humphrey, Inc. or its affiliates may have a position in the securities referenced. In selling securities, SunTrust Robinson Humphrey, Inc. may act as principal for our own account or as agent for our customers or others. SunTrust Robinson Humphrey, Inc. may also have acted as underwriter for the issuers of such securities, and either we or our affiliates may currently be providing investment banking or traditional banking services to those issuers. Additional information is available on request.

The information contained in this message is intended only for the

confidential use of the designated recipient. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

By replying to this e-mail, you consent to SunTrust's monitoring activities of all communication that occurs on SunTrust's systems.

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

[ST:XCL]

CONFIDENTIAL TREATEMEND REQUESTED                                                                                                                        TGM-000030

| | |
|---|---|
| **From:** | Griffin Schroeder |
| **To:** | Scott Shleifer |
| **Subject:** | Re: I"m smoked/see u tomorrow morning |
| **Date:** | Sunday, November 23, 2014 8:52:42 AM |

```
Great. Car leaving at 10


> On Nov 23, 2014, at 8:40 PM, Shleifer, Scott <SShleifer@tigerglobal.com>
wrote:
>
> I'll go with you to Boazun. Thx.
>
> Sent from my iPhone
>
>> On Nov 23, 2014, at 3:36 AM, Schroeder, Griffin
<GSchroeder@tigerglobal.com> wrote:
>>
>> Sounds good - I'm also at this marriott by the way. Not sure what your
schedule is in the am but going to see Baozun (one of the largest taobao
partners, but also helps brands with Jd) tomorrow at 11
>>
>>
>>
>>> On Nov 23, 2014, at 8:29 PM, Shleifer, Scott <SShleifer@tigerglobal.com>
wrote:
>>>
>>> I'm going to bed!!!
>>>
>>> Sent from my iPhone
```

CONFIDENTIAL TREATEMENT REQUESTED                                    TGM-000031

| | |
|---|---|
| **From:** | Tan, Jason <JTan@tigerglobal.com> |
| **To:** | Scott Shleifer |
| **Subject:** | Re: Meetings in Beijing |
| **Date:** | Tuesday, November 18, 2014 9:17:23 AM |

Sure thing. Will wait for your call.

```
> On Nov 18, 2014, at 10:15 PM, Shleifer, Scott <SShleifer@tigerglobal.com> wrote:
>
> Actually - have a meeting at 9;30 - will call you after that - would love to discuss Miya
>
> -----Original Message-----
> From: Tan, Jason
> Sent: Tuesday, November 18, 2014 9:00 AM
> To: Shleifer, Scott
> Subject: Re: Meetings in Beijing
>
> I'm free whenever you wanna chat. I spoke with BDA on Miya and am more positive on it now than before.
>
>
>
>> On Nov 18, 2014, at 9:21 PM, Shleifer, Scott <SShleifer@tigerglobal.com> wrote:
>>
>> Hongster,
>>
>> Thank you. Noon and 2pm on Saturday works great. Margot will coordinate
>>
>> Great seeing you yesterday. Safe travels!
>>
>> Regards,
>>
>> Scott
>>
>>
>>
>> Sent from my iPhone
>>
>>> On Nov 18, 2014, at 12:23 AM, "xchen@hcapital-management.com" <xchen@hcapital-management.com> wrote:
>>>
>>> Hi Scott,
>>>
>>> Meetings are confirmed for you with Ms. Liu Nan of Miyababy and Alex Zhou of Nice on this Saturday. Should they go to your hotel to meet with you? What times work the best for you? Lunch and 2:00pm?
>>>
>>> Xiaohong Chen
>>> Managing Partner
>>> H Capital
>>> Cell: 18910887999
>>> Wechat: chenxiaohong8089
>>>
>>>
```

CONFIDENTIAL TREATEMENT REQUESTED                                                          TGM-000032