UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80713-RLR

SCOTT L. and ELENA SHLEIFER,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## DECLARATION OF BRIAN C. WILLE IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

I, Brian C. Wille, an attorney duly admitted to practice law in the United States District Court for the Southern District of Florida, hereby declare under penalty of perjury:

1. I am a senior counsel at Kostelanetz LLP and an attorney for Plaintiffs Scott L. and Elena Shleifer in this action. I am fully familiar with the matters set forth in this declaration.

2. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment.

3. Attached hereto as Exhibit O is an excerpt of NetJets contracts produced by NetJets as NJ_005— NJ_030, NJ_045—NJ_064, and NJ_179—NJ_180 in response to Defendant's third-party subpoena.

I, Brian C. Wille, declare under penalty of perjury that the foregoing is true and correct.

1

Dated: April 28, 2025
New York, New York

*Brian C. Wille*

Brian C. Wille
Florida Bar ID #89677
bwille@kostelanetz.com
Kostelanetz LLP
7 World Trade Center, 34th Floor
250 Greenwich St., New York, NY 10007
Telephone: (212) 808-8100

**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF filing on April 28, 2025 on all counsel or parties of record on the Service List below.

*Brian C. Wille*
Brian C. Wille

**SERVICE LIST**

| HANA C. BILICKI | AMANDA KING |
|---|---|
| Trial Attorney | Trial Attorney |
| U.S. Department of Justice, Tax Division | U.S. Department of Justice, Tax Division |
| P.O. Box 14198 | P.O. Box 14198 |
| Washington, D.C. 20044 | Washington, D.C. 20044 |
| Special Bar No. A5502961 | Special Bar No. A5502559 |
| Ph: (202) 616-2904 | Ph: (202) 514-8048 |
| Hana.Bilicki@usdoj.gov | Amanda.King@usdoj.gov |